KENNEDY, JENNIK & MURRAY, P.C.
113 University Place
New York, NY 10003
(212) 358-1500
Thomas M. Kennedy, Esq. (TK 0993)
Attorney for Creditor Committee of Interns and Residents

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
OUR LADY OF MERCY MEDICAL CENTER, et al.,                   :    Case No. 07-10609 (REG)
                                                            :
                                         Debtors.           :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the firm of Kennedy, Jennik & Murray, P.C. shall appear in the above-captioned matter on behalf of the Committee of Interns and Residents/Service Employee International Union ("CIR/SEIU") and demands pursuant to Rules 2001 (a), 2002, 9007 and 9010 of the Bankruptcy Rules and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

> Thomas M. Kennedy
> Kennedy, Jennik & Murray, P.C.
> 113 University Place, 7th Floor
> New York, NY 10003
> (212) 358-1500
> tkennedy@kjmlabor.com

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109 (b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by e-mail, mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way any rights or interests of CIR/SEIU with respect to the debtor's property or proceeds thereof in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that CIR/SEIU does not by filing this Notice of Appearance submit to the jurisdiction of the Bankruptcy Court, and intends that this Notice of Appearance shall not waive (1) the right of CIR/SEIU to have final orders in non-core matters entered only after de novo review by a District Judge, (2) the right of CIR/SEIU to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to any of these cases (3) the right of CIR/SEIU to have the District Court withdraw the reference in any matter subject to mandatroy or descreetionary withdrawal, or (4) any other rights, claims, actions or defenses to which CIR/SEIU expressly reserves.

Dated: March 14, 2007  KENNEDY, JENNIK & MURRAY, P.C.
New York, NY

_____
Thomas M. Kennedy (TK 0993)
113 University Place, 7th Floor
New York, New York 10003
(212) 358-1500

KENNEDY, JENNIK & MURRAY, P.C.
113 University Place
New York, NY 10003
(212) 358-1500
Thomas M. Kennedy, Esq. (TK 0993)
Attorney for Creditor Committee of Interns and Residents

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re: : Chapter 11

OUR LADY OF MERCY MEDICAL CENTER, et al., : Case No. 07-10609 (REG)

Debtors. : (Jointly Administered)
-----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York )
                ) ss.:
County of New York )

      Joan Esposito, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On March 15, 2007, I served the within Notice of Appearance by mailing a copy via U.S. mail to the following:

*See Attached Service List*

                                                                     JOAN ESPOSITO

Sworn to before me this
15th day of March, 2007.

_____
Notary Public

THOMAS M. MURRAY
NOTARY PUBLIC, STATE OF NEW YORK
No. 02MU6058040
QUALIFIED IN NEW YORK COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 30, 2007

Benjamin Mintz
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Frank A. Oswald, Esq.
Togut Segal & Segal
One Penn Plaza
New York, NY 10119

The Garden City Group, Inc.
105 Maxes Road
Melville, NY 11747-3836

Suzanne Hepner, Esq.
Ezekiel D. Carder, Esq.
80 Eighth Avenue
New York, NY 10011

Archdiocesesan Pension Plan
30-30 Northen Boulevard
Long Island City, NY 11101

Siemans Health Services Corp.
900 Broken Sound Parkway
Boca Raton, FL 33487

United States Trustee
33 Whitehall Street
21st Flr.
New York, NY 10004

Andrew C. Gold, Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

Combined Coordinating Council Inc.
CCC Insurance Company Ltd.
Chevron House, 3rd Flr.
Church Street
Hamilton, HM 11
Bermuda

McKesson General Medical Corp.
One Fitzgerald Avenue
Cranbury, NJ 08512

New York Medical College-Affiliation+B38
Administratioin Bldg.
Cashier's Office
Valhalla, NY 10595

Amerisource Bergen Drug Corp.
100 Friars Blvd.
Thorofare, NJ 08086

Aramark Healthcare Support Services
1057 Solutions Center
Chicago, IL 60677

National Outpatient Resources LLC
1276 50th Street Suite D
Brooklyn, NY 11219

Beckman Coulter Inc.
11800 SW 147th Street
Miami, FL 33196

Cardinal Health
Bank of America Lockbox
5303 Collections Drive
Chicago, IL 60693

CIGNA
612 Wheeler Farm Road
2nd Floor
Milford, CT 06461

Con Edison
39-3011-0020-0000-0
4 Irving Place, 9th Floor
New York, NY 10003

New York Blood
PO Box 9674
Uniondale, NY 11553

Metro Blood Center
1150 Yonkers Avenue
Yonkers, NY 10704

Network Information Services
10 Sixth Road C38
Woburn, MA 01801

Ocean Side Institutional Industries Inc.
2525 Long Beach Road
Oceanside, NY 11572

Quest Diagnostics
7402 Collections Center Drive
Chicago, IL 60693

Kronos
P.O. Box 845748
Boston, MA 02284-5748

Boston Scientific Corp.
P.O. Box 8500-6205
Philadelphia, PA 19178-6205

Accounts Receivable Manager
KPMG Consulting
99 High Street
Boston, MA 02110

Corporate Express Inc.
28 Eastmans Road
Parsipanny, NJ 07048

Health/ROI
PO Box 362
Metuchen, NJ 08840

Cananwill, Inc.
1000 Milwaukee Avenue
Glenview, IL 60025

Dade Behring
1717 Deerfield Road
Deerfield, IL 60015-0778

Medline Industries
7267 Shantz Road
Allentown, PA 18109

Zimmer, Inc.
99 Seaview Blvd.
Suite 340
Port Washington, NY 11050

Steris Corporation
Lockbox 771652
Stephanie Collection Dept.
1652 Solutions Center
Chicago, IL 60677-1007

VHA, Inc.
75 Remittance Drive Suite 1855
Chicago, IL 60675-1855

Global Computer Supplies
11 Harbor Park Drive
Dept. 31
Port Washington, NY 11050

Standard Register
1581 Route 202 #333
Pomona, NY 10970-2901